[No. 14230-9-II.   Division Two.   April 15, 1993.]

SHARON SPENCER, ET AL, *Respondents*, v. EVERGREEN
SCHOOL DISTRICT, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 90-2-00858-8, Barbara D. Johnson, J., entered

August 3, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, A.C.J., and Petrich, J.